UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SHIRLEY KWIATKOWSKI,

    Plaintiff,

v.                                   Case No: 2:14-cv-575-FtM-29CM

ALLSTATE INSURANCE
COMPANY,

    Defendant.

## ORDER

Before the Court are the parties' Joint Motion for Extension of Time (Doc. 20) and Amended Joint Motion for Extension of Time of the Case Management and Scheduling Order (Doc. 22). The Court denies as moot the initial Joint Motion for Extension of Time as the Amended Motion seeks the same relief. For the reasons set forth below, the parties Amended Motion for Extension of Time of the Case Management and Scheduling Order is grant in part.

The parties seek an extension of the deadlines in the Case Management and Scheduling Order. Doc. 22 at 1. As grounds, the parties state that lead counsel for Plaintiff has been appointed to be a Circuit Court Judge in the Twentieth Judicial Circuit, and as of April 1, 2016 will no longer be licensed to practice law. *Id.* Another attorney will take over the file and is in the process of familiarizing himself with the case. *Id.* at 2. Additionally, associate counsel for Plaintiff had an unexpected family emergency and is out of state. *Id.* at 1-2. The parties request an

extension of the discovery, mediation and dispositive motions, *Daubert* and *Markman* motions deadlines and the trial term.  *Id.*

While the Court finds good cause to grant the motion, the Court is not inclined extend all of the deadlines.  This case initially was removed to this Court on October 1, 2014.  Doc. 1.  This is a Track Two Case, and "[i]t is the goal of the court that a trial will be conducted in all Track Two Cases within two years after the filing of the complaint."  M.D. Fla. R. 3.05(c)(2)(E).  Thus, the Court will not extend the trial deadline. The Court, however, will extend the discovery, mediation and dispositive motions, *Daubert* and *Markman* motions deadlines.

ACCORDINGLY, it is hereby

**ORDERED:**

1. The Joint Motion for Extension of Time (Doc. 20) is **DENIED as moot**.

2. The Amended Joint Motion for Extension of Time of the Case Management and Scheduling Order (Doc. 22) is **GRANTED in part.**

3. An Amended Case Management and Scheduling Order will be issued by separate Order.  All other directives set forth in the Case Management and Scheduling Order (Doc. 17) remain unchanged.

**DONE** and **ORDERED** in Fort Myers, Florida on this 11th day of March, 2016.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record